NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1269

DENNIS J. SOLOMON,

Plaintiff-Appellant,

v.

UNIVERSITY OF SOUTHERN CALIFORNIA,

Defendant-Appellee,

and

EVANS & SUTHERLAND,

Defendant-Appellee,

and

JOHN J. DOLL, Acting Director of the United States Patent and Trademark Office,
UNITED STATES PATENT AND TRADEMARK OFFICE,
and TRADEMARK TRIAL AND APPEAL BOARD,

Defendants-Appellees,

and

MICHAEL MACEDONIA, SCOTT EDELMAN, MR. QUINN,
MR. HAIRSTON, and MR. HOLTZMAN,

Defendants-Appellees.

Appeal from the United States District Court for the District of Columbia in
case no. 07-CV-1811, Judge Emmet G. Sullivan.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

The court considers whether this appeal should be transferred to the United States Court of Appeals for the District of Columbia Circuit.

Dennis J. Solomon appeals from a decision of the United States District Court for the District of Columbia dismissing Solomon's complaint regarding a previous trademark application. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based only upon our review of the papers transmitted by the district court, it does not appear that this court has jurisdiction over this appeal.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 21 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

APR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK

cc: Dennis J. Solomon
Brian W. Craver, Esq.
Raymond T. Chen, Esq.
Howard Hogan, Esq.

s19

2009-1269                                    2